AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
September 14, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Myrna Gallegos
DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Amy Foote

*Defendant(s)*

Case No. **EP-26-MJ-4465-ATB**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 11, 2026 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 371 & 2314 | Conspiracy to Commit Interstate Transportation of Stolen Property |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

Jose H. Bueno Jr.
*Complainant's signature*

Jose. H. Bueno Jr, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/14/2026

Anne T. Berton
*Judge's signature*

City and state: El Paso, Texas

Anne T. Berton, US Magistrate Judge
*Printed name and title*

Complaint sworn to telephonically on September 14, 2026 at 01:13 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

On September 11th, 2026, members of the El Paso Police Department (EPPD) Narcotics unit were conducting an operation around 720 S. Oregon St., El Paso, TX 79901 (Limousine Express, Bus Station), located in the Western District of Texas. While conducting their operation, officers observed two newer model Red Dodge Rams being driven into the parking lot of 720 S. Oregon. Officers further observed auction stickers on the vehicles and that the vehicles had no license plates. Officers are aware that the area surrounding the 700 block of S. Oregon St. is known to be a “drop area” where stolen vehicles are often left while waiting to be taken south to Cd. Juarez, Chihuahua, Mexico. Officers detained the transport drivers and proceeded to call the EPPD Auto Theft Task Force (ATTF) to further investigate the two 2026 Ram 2500s.

EPPD Auto Theft Task Force officers voluntarily transported the transport drivers to EPPD Central Regional Command Center to speak with the transport drivers. One of the transport drivers stated he was put into contact with the “Buyer” by a transport broker and had direct communication with the “buyer” located in Juarez Chihuahua. EPPD Auto Theft Officer Juan-Pablo Cervantes informed the transport driver to contact the client, “Buyer,” and inform him that the trucks have been dropped off. EPPD ATTF officers proceeded to conduct a sting operation to determine who was going to pick up the trucks. ATTF Officer Cervantes asked the transport driver to call the Buyer, later identified as “Guero,” that the trucks have been dropped off. Through their investigation, officers learned the vehicles were stolen and were purchased from an auto auction in Arizona and were destined for a dealership in Ohio.

Sometime later, two females, later identified as Amy FOOTE, and a juvenile J.M., arrived at 720 S. Oregon St. FOOTE approached one of the Dodge Rams and opened the door. EPPD ATTF officers then detained both females.

Homeland Security Investigations (HSI) Special Agents (SA) Jose Bueno and Alexander Holley arrived at the scene to assist. Based on the totality of the circumstances, and what EPPD ATTF observed on scene, SA Bueno and Holley made the decision to take FOOTE into custody. FOOTE was transported to the Texas Anti-Gang center for an interview.

At approximately 1304 hours, SA Jose Bueno, EPPD ATTF Officer Vincent Villalobos, and Federal Bureau of Investigations (FBI) SA Israel Camarillo proceeded to conduct an interview with Amy FOOTE. Prior to beginning the interview, FOOTE stated she can speak, read, and understand English as well as Spanish. FOOTE was given a Miranda waiver card and was instructed to read it aloud and sign the bottom indicating she understood her rights. FOOTE stated she would waiver her rights and speak with the officer and special agents.

FOOTE stated she was working for an individual known as “Guero” for about a year and a half and met him through her husband. FOOTE stated she knows that “Guero” is a member of the La Empreza cartel.

FOOTE stated that a couple days ago, FOOTE had reached out to “Guero” asking for work. FOOTE stated “Guero” had replied and gave her work crossing trucks for him. FOOTE stated she had asked “Guero,” if the trucks were legit to which he stated, “Yes.” FOOTE stated she knows that “Guero” crosses drugs, guns and money across the border between the United States and Mexico. FOOTE stated she has been asked in the past to cross contraband for him and has even been asked to recruit others to do the same. FOOTE stated they began to talk about the trucks she was going to cross and FOOTE stated “Guero” informed her that she would need to get plates for the trucks. FOOTE admitted to officers that she asked her daughter, J.M., to ask her daughter’s friend who works as a mechanic to get them license plates for the crossing of the trucks and she [FOOTE] would pay him.

FOOTE stated that earlier in the morning on September 11th, 2026, she was instructed by “Guero” to meet his mom at an address in El Paso, to pick up money to pay for the transport. FOOTE stated she picked up the money and proceeded to the location of the truck. FOOTE stated upon her arrival, she was stopped by police after opening the door.

FOOTE had stated that she had a bad feeling the trucks “were bad.” When asked what she means by “were bad,” FOOTE implied the vehicles were stolen. FOOTE informed officers that at first, she felt like it was a 50/50. FOOTE admitted to officers that she knew she was going to cross the trucks for the “La Empreza” cartel. FOOTE also stated that the money she was given, later to be determined to be approximately $1,803.00 (dollars), belonged to the “La Empreza” cartel. FOOTE stated she was going to get paid $300.00 (dollars) for crossing the two Dodge Rams. FOOTE was going to transport the trucks over the Paseo Del Norte bridge, located in the Western District of Texas.

Officers determined the owner of the two 2026 Ram 2500s was Myers Chrysler Dodge Jeep Ram, in Bellevue, Ohio. EPPD Officer Cervantes spoke with B.P., finance manager; for Myers Chrysler Dodge Jeep Ram, who stated the dealership desires prosecution for the thefts. B.P. further stated the two trucks were valued at $41,500.00 (dollars) each.